THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HENRY PINA, Appellant.

Argued October 7, 1946; decided October 18, 1946.

*Max Fruchtman* and *Martin Weintraub* for appellant.
*Frank S. Hogan, District Attorney* (*Sylvia Jaffin Singer* and *Whitman Knapp* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.